UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 1:21-cr-10031-ADB |
| VIMOON SORTSOY, | ) |
| | ) |
| Defendant | ) |

## JOINT MOTION TO CONTINUE SENTENCING HEARING

Now comes the defendant, together with counsel for the government, and hereby jointly requests that the sentencing hearing on this case, currently scheduled for April 6, 2022, be continued for a period of approximately one month.

Counsel for both parties were contacted by the United States Probation and Pretrial Services Office on February 9, 2022, requesting to continue Mr. Sortsoy's sentencing hearing for approximately one month to permit the U.S. Probation and Pretrial Services Office sufficient additional time to prepare Mr. Sortsoy's pre-sentencing report.

Mr. Sortsoy is not presently in custody, and therefore his liberty interest is not negatively impacted by a continuance of one month.

Counsel for the parties both agree that an additional period of time is in the interests of justice.

| VIMOON SORTSOY, | UNITED STATES OF AMERICA, |
|---|---|
| By his attorney, | By its attorney,<br>RACHAEL S. ROLLINS<br>United States Attorney |
| */s/ Julie-Ann Olson*<br>Julie-Ann Olson<br>Federal Public Defender Office<br>51 Sleeper Street, 5th Floor<br>Boston, MA 02210<br>Julie-Ann_Olson@fd.org<br>617-223-8061 | */s/ Sarah Hoefle*<br>Sarah Hoefle<br>Assistant United States Attorney<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>adam.deitch@usdoj.gov<br>617-748-3100 |

Dated:  February 10, 2022

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


<u>*/s/ Julie-Ann Olson*</u>
Julie-Ann Olson
Assistant Federal Public Defender

Date:  February 10, 2022